

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☒ NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD
☐ OTHER

FILED MAR 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Anthony Michael Smith
SBI# 443971
Sussex Community Corrections Center
SVOP
RD #6 Box 700
23207 Dupont Highway
Georgetown, DE 19947



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Smith | ) | |
| | ) | |
| v. | ) | |
| | ) | CV 05-66-JJF |
| DE Dept. of Corrections, et al. | ) | |
| | ) | **PLEASE DIRECT ALL INQUIRIES** |
| | ) | **TO 573-6155** |

### NOTICE OF ASSIGNMENT OF JUDGE

Please note that the above captioned case has been assigned to Judge Joseph J. Farnan, Jr. When filing papers, please include the initials of the Judge assigned to the case.

Peter T. Dalleo
Clerk of the Court

Date:   02/16/05

To:   The Honorable Joseph J. Farnan, Jr.
   Counsel