04/05/2005 18:28   302-573-6435   JUDGE FARNAN   PAGE 01/01

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

05-CV-66 (JJF)

TO:     CCIC, Department of Corrections
        Fax number 8-302-739-7486

FROM:   Peter T. Dalleo, Clerk, U.S. District Court

Re:     Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

L/KA: 2446 W. Denney's Rd
Dover De, 19904

Anthony Michael Smith
SBI# 443971
Sussex Community Corrections Center
RD #6 Box 700
23207 Dupont Highway
Georgetown, DE 19947
PRO SE

_____
Deputy Clerk
302 573 6137
Telephone number

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

Sincerely,

Peter T. Dalleo
Clerk, U.S. District Court