FILED
APR 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

April 25, 2005

Mr. Peter Dalleo,

My name is Anthony M. Smith. I filed a civil lawsuit in February. I was recently transferred from the Central Violation of Probation Center in Smyrna, DE to the Sussex County Work Release Center in Georgetown, DE. The new address is:

Anthony M. Smith SBI# 443971
SWRU
23207 Dupont Blvd
Georgetown, DE 19947

The judge for the case is Judge Joseph J. Farnan Jr. The case number is CV05-66-JJF
I just wanted to get all mail that has been returned to your office(s) as of late.
  Thank-you

Sincerely,
Anthony M. Smith





Anthony M. Smith SBI #443971
SCI 24
23207 Dupont Blvd
Georgetown DE 19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

C/o : Mr. Peter T. Dalleo