IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANTHONY MICHAEL SMITH,       )
                             )
            Plaintiff,       )
                             )
      v.                     ) Civ. No. 05-066-JJF
                             )
DELAWARE DEPARTMENT OF       )
CORRECTION, DR. ROBERTA      )
BURNS, FIRST CORRECTIONAL    )
MEDICAL, WARDEN RICK KEARNEY,)
and SUSSEX CORRECTIONAL      )
INSTITUTION,                 )
                             )
            Defendants.      )

FILED
MAY 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Anthony Michael Smith, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated ___March 7,_____, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: ___May 3_____, 2005.

_Anthony M. Smith_
Anthony Michael Smith



Jimmy Ouy M Smith SBI 443971
SCORH
33207 Dupont Blvd.
Georgetown, Delaware
19947

U.S.M.S. X-RAY

Office of the Clerk
United States District Court
844 N. King Street LockBox 18
Wilmington, DE 19801-3570

WILMINGTON DE 198
PM 06 MAY 2005