May 4, 2005
05cv66 JJF

To Whom This May Concern

I just recieved the Authorization letter on May 4, 2005. I had a problem with the mailing address because I was transfered from one prison to the Work Release Center in Georgetown, DE. Thank-you.

Sincerely,
Anthony M. Smith

Anthony M. Smith SBI 445771
SWRC
23207 Dupont Blvd
Georgetown, DE 19947

FILED
MAY 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



ANTHONY M. SMITH SBI 443971
SCI
23207 Dupont Blvd.
Georgetown, Delaware
19947

Office of the Clerk
United States District Court
844 N King Street LockBox 18
Wilmington, DE 19801-3576