PAGE 01/01

12/22/2005 13:32   302-573-6435

JUDGE FARNAN
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

FILED 2005 DEC 27 PM 2:10 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

TO:   CCIC, Department of Corrections
      Fax number 8-302-739-7486

FROM: Peter T. Dalleo, Clerk, U.S. District Court

Re:   Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

Anthony Michael Smith
#443971
SWRU
23207 Dupont Boulevard
Georgetown, DE 19947

LKA: 25 Heritage Drive
Chamlers [?]
Dover DE 19904

_Anita Bolton_
Deputy Clerk
302 573 6137
Telephone number

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

Sincerely,

Peter T. Dalleo
Clerk, U.S. District Court

CA 05-66 JJF

12/27/2005 13:58 302-737-7486