IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
ANTHONY MICHAEL SMITH,           )
                                 )
          Plaintiff,             )
                                 )
     v.                          )  Civil Action No. 05-66-JJF
                                 )
DELAWARE DEPARTMENT OF           )
CORRECTION, et al.,              )
                                 )
          Defendants.            )
```

**ORDER**

    WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

    WHEREAS, on November 14, 2005, the Court entered an order requiring Plaintiff to complete and return USM-285 forms for each Defendant, informing Plaintiff that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 12);

    WHEREAS, on December 19, 2005, the order was returned to the court as undeliverable (D.I. 13);

    WHEREAS, Plaintiff apparently is no longer at the address he provided the Court; he has failed to inform the Court of his current address; no action has been taken in this matter for a period of at least three months; and to date, none of the

required USM-285 forms have been received from Plaintiff;

THEREFORE, at Wilmington this 28 day of March, 2006, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m) and D. Del. L.R. 41.1 (1995). Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee.

_____
UNITED STATES DISTRICT JUDGE